IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MARSHALL PATENT HOLDINGS, LLC, | )<br>)<br>) |
| Plaintiff | ) Civil Action No. 6:08-cv-75 |
| vs. | )<br>) |
| IPSMARX TECHNOLOGY, INC., NETWORKIP, INC., PORTAONE, INC. and SYSMASTER CORPORATION, | ) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**MOTION TO WITHDRAW AS COUNSEL**

Joshua A. Ridless, 244 California Street, Suite 300, San Francisco, California 94111, Telephone: (415) 614-2600, Facsimile: (415) 480-1398, respectfully moves to be permitted to withdraw as counsel for Defendant, SysMaster Corporation in the above-captioned case.

WHEREFORE, PREMISES CONSIDERED, Joshua A. Ridless of the Law Offices of Joshua A. Ridless, respectfully moves this Court to permit his withdrawal from representation of Defendant, SysMaster Corporation, in this case.

Dated: August 27, 2009                                   Respectfully submitted,

                                                          /s/ Joshua A. Ridless

                                                         Joshua A. Ridless
                                                         CA SBN 195413
                                                         Law Offices of Joshua A. Ridless
                                                         244 California Street, Suite 300
                                                         San Francisco, CA 94111
                                                         PHONE: (415) 614-2600
                                                         FAX: (415) 480-1398

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff and counsel for Defendants conferred on August 27, 2009, and Plaintiff does not oppose this motion.

                                                         /s/ *Joshua A. Ridless*
                                                         Joshua A. Ridless

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 27th day of August 2009.

                                                         /s/ Joshua A. Ridless
                                                         Joshua A. Ridless