IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER  DIVISION

| | | |
|---|---|---|
| **MARSHALL PATENT HOLDINGS, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:08 CV 75** |
| | § | **PATENT CASE** |
| **IPSMARX TECHNOLOGY INC.,** | § | |
| **NETWORKIP, LLC., PORTAONE, INC.,** | § | |
| **and SYSMASTER CORPORATION** | § | |
| | § | |
| **Defendants.** | § | |

| | | |
|---|---|---|
| **MARSHALL PATENT HOLDINGS, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CASE NO. 6:08 CV 222** |
| **vs.** | § | **PATENT CASE** |
| | § | |
| **INCOMM HOLDINGS, INC. and U.S.** | § | |
| **SOUTH COMMUNICATIONS, INC.** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## ORDER

Previously, the Court appointed Richard Egan technical consultant to the Court in this action

with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed.  The

Court has received Mr. Egan's invoice for services through January 31, 2010 in the amount of

$14,987.48  and hereby **ORDERS** payment to be promptly made as follows:

Plaintiff:                                  $7,493.74

Defendants:                                 $7,493.74

TOTAL:                                      $14,987.48

**So ORDERED and SIGNED this 17th day of February, 2010.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**